**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:21-CR-119 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| JAMES PATTERSON | : | |
| Defendant | : | Electronically Filed |


## PRAECIPE TO ATTACH EXHIBITS

Kindly docket the attached Exhibit 1 and Exhibit 4 to Defendant's

Sentencing Memorandum, which was filed electronically on March 19, 2024.


Respectfully Submitted:

GIBBEL KRAYBILL & HESS, LLP

Date: 4.11.2024            By:   __/s/ Jason Asbell_____
                                 Jason Asbell
                                 Atty. I.D. No. 304884
                                 2933 Lititz Pike
                                 PO Box 5349
                                 Lancaster, PA 17606
                                 (717) 291-1700

# EXHIBIT 1



## Dauphin County Court of Common Pleas
## Court Summary

**Patterson, James**
Middletown, PA 17057
Aliases:
James K. Patterson
James Keith Patterson
James Keith Patterson Jr.
James Patterson
James Patterson Jr.

DOB: 03/06/1991

Sex: Male
Eyes: Brown
Hair: Black
Race: Black

### Active
#### Dauphin
**CP-22-CR-0000375-2020**          Proc Status: Awaiting Formal Arraignment          DC No:          OTN X2929205
Arrest Dt: 10/09/2019          Trial Dt:          Legacy No:
Def Atty: Palermo, Michael Oresto Jr. - (PR)
Last Action:          Last Action Date:          Last Action Room:
Next Action: Formal Arraignment          Next Action Date: 03/06/2020          Next Action Room: Jury Assembly Room

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 18 § 6105 §§ A1 | F2 | Possession Of Firearm Prohibited | |
| 2 | 18 § 6106 §§ A1 | F3 | Firearms Not To Be Carried W/O License | |
| 3 | 35 § 780-113 §§ A30 | F | Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | |
| 4 | 35 § 780-113 §§ A30 | F | Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | |
| 5 | 18 § 903 | F | Conspiracy - Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | |
| 6 | 18 § 5126 §§ A | F3 | Flight To Avoid Appreh/Trial/Punish | |
| 7 | 35 § 780-113 §§ A30 | F | Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | |
| 8 | 18 § 7512 §§ A | F3 | Criminal Use Of Communication Facility | |

**CP-22-MD-0001346-2015**          Proc Status: Awaiting Hearing          DC No:          OTN:T4231172
Arrest Dt:          Trial Dt:          Legacy No:
Last Action:          Last Action Date:          Last Action Room:
Next Action:          Next Action Date:          Next Action Room:

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 18 § 3701 §§ A1V | | Robbery-Take Property Fr Other/Force | |
| 2 | 18 § 903 | | Conspiracy - Robbery-Take Property Fr Other/Force | |

### Closed
#### Dauphin
**CP-22-CR-0004163-2006**          Proc Status: Sentenced/Penalty Imposed          DC No:          OTN:R0022831
Arrest Dt:          Disp Date: 04/16/2007          Disp Judge: Cherry, John F

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense

21-CR-00119-Docs-00055



## Dauphin County Court of Common Pleas
## Court Summary

---

**Patterson, James (Continued)**
**Closed (Continued)**
   Dauphin (Continued)

| Seq No | Statute | | Grade | Description | | Disposition |
|---|---|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | | Sentence Length | |
| 1 | 18 § 3701 §§ A1I | | F1 | Robbery-Inflict Serious Bodily Injury | | Guilty Plea |
| | 04/16/2007 | Confinement | Other | | Min: 2 Year(s) Max: 5 Year(s) | |
| 2 | 18 § 903 §§ A2 | | F1 | Criminal Conspiracy Aiding - Robbery-Inflict Serious Bodily Injury | | Guilty Plea |
| | 04/16/2007 | Confinement | Other | | Min: 2 Year(s) Max: 5 Year(s) | |

**CP-22-CR-0004321-2006**
Arrest Dt:              Proc Status: Sentenced/Penalty Imposed    DC No:
            Disp Date: 04/16/2007    Disp Judge: Cherry, John F.         OTN R0023310
Def Atty: Brownewell, Kelli Jean - (PR)

| Seq No | Statute | | Grade | Description | | Disposition |
|---|---|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | | Sentence Length | |
| 1 | 18 § 3701 §§ A1I | | F1 | Robbery-Inflict Serious Bodily Injury | | Guilty Plea |
| | 04/16/2007 | Confinement | Other | | Min: 2 Year(s) Max: 5 Year(s) | |
| 2 | 18 § 903 §§ A2 | | F1 | Criminal Conspiracy Aiding - Robbery-Inflict Serious Bodily Injury | | Guilty Plea |
| | 04/16/2007 | Confinement | Other | | Min: 2 Year(s) Max: 5 Year(s) | |

**CP-22-CR-0004756-2008**
Arrest Dt: 09/04/2008     Proc Status: Sentenced/Penalty Imposed    DC No:
            Disp Date: 02/02/2009    Disp Judge: Cherry, John F.         OTN K8615832
Def Atty: Platt, Brian Paul - (PD)

| Seq No | Statute | | Grade | Description | | Disposition |
|---|---|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | | Sentence Length | |
| 1 | 35 § 780-113 §§ A16 | | M | Int Poss Contr Subst By Per Not Reg | | Guilty Plea |
| | 02/02/2009 | No Further Penalty | | | | |
| 2 | 35 § 780-113 §§ A31 | | M | Poss Of Marijuana | | Guilty Plea |
| | 02/02/2009 | No Further Penalty | | | | |

**CP-22-CR-0002288-2012**
Arrest Dt:              Proc Status: Awaiting Post Sentence Motion    DC No:
            Disp Date: 01/21/2015    Disp Judge: Lewis, Richard A.        OTN:T1663001

| Seq No | Statute | | Grade | Description | | Disposition |
|---|---|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | | Sentence Length | |
| 1 | 35 § 780-113 §§ A30 | | F | Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | | Guilty Plea |
| | 01/26/2015 | Confinement | Other | | Min: 36 Month(s) Max: 72 Month(s) | |
| 2 | 35 § 780-113 §§ A31I | | M | Marijuana-Small Amt Personal Use | | Withdrawn |
| 3 | 35 § 780-113 §§ A32 | | M | Use/Poss Of Drug Paraph | | Withdrawn |
| 4 | 18 § 2705 | | M2 | Recklessly Endangering Another Person | | Withdrawn |

---

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense

21-CR-00119-Docs-00056



## Dauphin County Court of Common Pleas
## Court Summary

---

Patterson, James (Continued)
Closed (Continued)
Dauphin (Continued)

| Seq No | Statute | | Grade | Description | | Disposition |
|---|---|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | | Sentence Length | |
| 5 | 75 § 3733 §§ A | | M2 | Fleeing or Attempting to Elude Officer | | Guilty Plea |
| | 01/26/2015 | Confinement | Life | | Min: 12 Month(s) Max: 24 Month(s) | |
| 6 | 75 § 1543 §§ A | | S | Driv While Oper Priv Susp Or Revoked | | Withdrawn |
| 7 | 75 § 3309 §§ 1 | | S | Disregard Traffic Lane (Single) | | Withdrawn |
| 8 | 75 § 3334 §§ A | | S | Turning Movements And Required Signals | | Withdrawn |
| 9 | 75 § 3361 | | S | Driving at Safe Speed | | Withdrawn |
| 10 | 75 § 3736 §§ A | | S | Reckless Driving | | Guilty Plea |
| | 01/26/2015 | No Further Penalty | | | | |
| 11 | 75 § 3745 §§ A | | S | Acci Dam To Unattended Veh Or Propert | | Withdrawn |
| 12 | 75 § 4303 §§ B | | S | No Rear Lights | | Withdrawn |
| 13 | 75 § 3714 §§ A | | S | Careless Driving | | Withdrawn |
| 14 | 75 § 4581 §§ A2i | | S | Fail to use safety belt - driver and vehicle occupant | | Withdrawn |
| 15 | 75 § 4703 §§ A | | S | Operat Veh W/O Valid Inspect | | Withdrawn |

---

**CP-22-CR-0002824-2012**     Proc Status: Awaiting Post Sentence Motion     DC No:     OTN T1719384

Arrest Dt:     Disp Date: 01/21/2015     Disp Judge: Lewis, Richard A.

| Seq No | Statute | | Grade | Description | | Disposition |
|---|---|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | | Sentence Length | |
| 1 | 18 § 6105 §§ A1 | | F2 | Possession Of Firearm Prohibited | | Guilty Plea |
| | 01/26/2015 | Confinement | Other | | Min: 60 Month(s) Max: 120 Month(s) | |

---

**CP-22-CR-0001056-2013**     Proc Status: Sentenced/Penalty Imposed     DC No:     OTN:L7576472

Arrest Dt: 01/11/2013     Disp Date: 01/21/2015     Disp Judge: Lewis, Richard A.
Def Atty: McQuillan, Bryan Matthew - (PR)

| Seq No | Statute | | Grade | Description | | Disposition |
|---|---|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | | Sentence Length | |
| 1 | 18 § 5503 §§ A4 | | S | Disorder Conduct Hazardous/Physi Off | | Withdrawn |
| 2 | 18 § 5121 §§ A | | M2 | Escape | | Guilty Plea |
| | 01/26/2015 | Confinement | Other | | Min: 12 Month(s) Max: 24 Month(s) | |
| 3 | 18 § 5126 §§ A | | F3 | Flight To Avoid Appreh/Trial/Punish | | Withdrawn |
| 4 | 18 § 4914 §§ A | | M3 | False Identification To Law Enforcement Officer | | Guilty Plea |
| | 01/26/2015 | Confinement | Other | | Min: 6 Month(s) Max: 12 Month(s) | |

---

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense

21-CR-00119-Docs-00057



### Dauphin County Court of Common Pleas
### Court Summary

---

**Patterson, James** (Continued)
  **Closed** (Continued)
    **Dauphin** (Continued)

| Seq No | Statute | | Grade | Description | | Disposition |
|--------|---------|---|-------|-------------|---|-------------|
| | Sentence Dt. | Sentence Type | Program Period | | Sentence Length | |
| 5 | 18 § 3921 §§ A | | M3 | Theft By Unlaw Taking-Movable Prop | | Withdrawn Pursuant to Pa.R.Crim.P. 561(B) |

**CP-22-CR-0006331-2013**    Proc Status: Sentenced/Penalty Imposed    DC No    OTN T3990556
Arrest Dt: 11/13/2013    Disp Date: 01/21/2015    Disp Judge: Lewis, Richard A.

| Seq No | Statute | | Grade | Description | | Disposition |
|--------|---------|---|-------|-------------|---|-------------|
| | Sentence Dt. | Sentence Type | Program Period | | Sentence Length | |
| 1 | 18 § 5121 §§ A | | M2 | Escape | | Guilty Plea |
| | 01/21/2015 | Confinement | Other | | Min: 12 Month(s) Max: 24 Month(s) | |
| 2 | 18 § 4914 §§ A | | M3 | False Identification To Law Enforcement Officer | | Guilty Plea |
| | 01/21/2015 | Confinement | Other | | Min: 6 Month(s) Max: 12 Month(s) | |

**CP-22-MD-0001502-2013**    Proc Status: Completed    DC No:    OTN T3990556
Arrest Dt: 11/13/2013    Disp Date:    Disp Judge:

| Seq No | Statute | Grade | Description | Disposition |
|--------|---------|-------|-------------|-------------|
| 1 | 18 § 5121 §§ A | M2 | Escape | |
| 2 | 18 § 4914 §§ A | M3 | False Identification To Law Enforcement Officer | |

---

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.

21-CR-00119-Docs-00058

# EXHIBIT 4

**Unlimited Digital Access - Start Today for $1 - Expires 4/1/24**

Advertisement

SUBSCRIBER 🔑

# Dauphin County cut power to men in jail's 'hole' for 2 weeks: 'Darkness creates depression'

Updated: Mar. 13, 2024, 5:36 a.m. | Published: Mar. 13, 2024, 5:09 a.m.



Tour of the Dauphin County Prison in May 2015. Mark Pynes | mpynes@pennlive.com

    

By **Joshua Vaughn | jvaughn@pennlive.com**

The lights went out for men living on two segregation blocks in the basement of Dauphin County Prison late last year, and stayed off more than two weeks, PennLive has learned

That left them in the dark for at least 14 hours each day.

On top of this, men on the block were stripped down to just a T-shirt and underwear, according to two people incarcerated there. Their personal belongings were taken out of the cell, including tablets, writing materials and legal paperwork, some of which represent protected communications between the incarcerated men and their attorneys.

Advertisement

Without tablets, the men had no access to religious texts, the law library or any incoming mail that their loved ones sent, because mail goes to a processing area off site and its contents are uploaded to the tablets.

Jail employees confirmed to PennLive, on the condition of anonymity, that power was cut off, cells were stripped, including of legal work, and the orders to do so came from command staff.

This went on for 17 days in November, according to Kani Little and Taji Abdulah, who remain locked up in Dauphin County.

County officials admitted the power was cut and said it was because incarcerated people were misusing electrical outlets to smoke, but advocates contend the action was unconstitutional.

It's unclear how many men were affected by the blackout as county officials won't reveal the number of people they put in segregation, also known as "the hole," where certain people are sent for additional punishment.

"Power was cut off purposefully to certain cells because inmates were tampering with the electrical outlets to smoke, which obviously presents a serious fire hazard to inmates, staff and the entire facility, while also presenting other dangers to those inside the facility," said county spokesperson Diane McNaughton, in a statement provided last week. She refused to answer questions about taking the men's clothes and belongings, citing an "ongoing criminal investigation."

Advertisement

The county's excuse for cutting the power was rebuffed by advocates.

"Solitary confinement without electricity and lights for more than two weeks is torture," said Bret Grote, legal director of the Abolitionist Law Center. "It is illegal and indefensible, no matter the pretext."

As with most potential violations of civil rights behind bars, the affected people have little recourse except to file a lawsuit, which can be costly and time consuming.

The hole is where incarcerated people accused of prison violations are taken. Advocates often refer to these kinds of units as a jail within a jail.

When PennLive started asking questions about the blackout in January, county officials scrambled behind the scenes to figure out what to say and how to avoid admitting the jail has a problem keeping illegal drugs out, according to emails obtained by PennLive through a Right-to-Know request.

Advertisement

In an email exchange between the county spokeswoman and newly elected <u>county commissioner Justin Douglas</u> from January, McNaughton said PennLive often inquires about "rumors" from inmates.

She went on to say that the county had not answered questions about the power being cut off as "punishment" but said "we have been reassured by the warden that this is not the case."

McNaughton told PennLive that the incident was under investigation and the county would not provide a comment in January. It was not until March that she admitted the power was cut off.

—————————————— Advertisement ——————————————

Other emails showed Warden Gregory Briggs wanted to find out which inmates might be talking to PennLive and what they were saying.

He sought the names of individuals visited by the Pennsylvania Prison Society, believing that could indicate who was talking, reviewed calls between PennLive and incarcerated people, and asked to hide details about problems with drugs inside the jail.

"It's really disturbing that a warden of a jail in crisis, where people are dying and where there is pervasive lawlessness, is investing the time of his staff in controlling the message and outflow of information rather than dealing with the very serious problems," said Claire Shubik-Richards, executive director of the Pennsylvania Prison Society. "It's really disturbing that he's diverting staff energy away from dealing with the lawlessness and violence in his facility and is preoccupied with preventing the truth from getting to the public."

Fwd: Call Alert

**Briggs, Gregory** <MAILER-DAEMON>                Saturday, January 6, 2024 at 8:04 PM

To:   Cuffaro, Jill;   Lucas, Roger C;   Pierre, Lionel;   LeValley, Bruce;   +1 more ⌄

Let me know who ██████ visited over there this week. Nobody on the block before this week was calling JV now they are. Bruce send me all the calls to him when you get a chance.

Thanks

Get Outlook for iOS

An email from Warden Gregory Briggs asking for the names of all the people visited by a Prison Society volunteer and the recordings of all calls between incarcerated people and PennLive. Open Records Request

Advertisement

**'We had to eat in the dark'**

The men who languished in the basement in November said the darkness exacerbated existing problems in the jail.

"Darkness creates depression," said Kani Little. "When you don't really have that light, I was very depressed, very stressed."

The hole is located in the basement where only a small amount of light comes in through the windows during the day. It becomes pitch black once the sun goes down.

"We had to eat in the dark," said Abdulah. "We went to the bathroom in the dark."

Both Abdulah and Little said it was difficult to tell if they were given the proper medications and said the darkness made it difficult to tell if bugs or rodents, which are a frequent complaint of incarcerated people, got into their food or beds.

Advertisement

An inspection by the Pennsylvania Department of Corrections in May 2023 found a cockroach infestation in the jail's kitchen.

"During a physical inspection of the kitchen area the Inspectors observed numerous (excess of 10) deceased cockroaches on the floor, primarily in the tray washing machine area," the report reads, noting the generally unsanitary conditions of the kitchen.

After being stripped of most of his clothing, Abdulah said: "I was freezing down there but I just had to put up with it. I just had to wrap up in my blanket and I just had to put up with it."

Little said that he begged corrections officers to turn the lights back on, but he said he was told they couldn't because the orders came from senior command staff.

## Drug use rampant

Around the same time officials shut the power off in the hole, the county asked the U.S. Marshals to send fewer detainees to help address drug use in jail.

Advertisement

PennLive asked why the number of detainees dropped by about a third and was told it was to "address special housing" needs.

But that wasn't the whole story.

In a Jan. 25 email, Deputy Warden Lionel Pierre said the space was needed to "address the smoking issue that was making staff and inmates sick."

In response, Briggs wrote: "I don't think I want (PennLive's reporter) Vaughn to have that."

Then Briggs asked his deputy warden to come up with a response blaming the lower number of detainees on staffing shortages.

"Wordsmith a supply and demand?" Briggs wrote in the email. "We don't have the supply of staff so we are trying to reduce the demand on them?"

**RE: Federal contract question**

 **Briggs, Gregory <MAILER-DAEM...**   Thursday, January 25, 2024 at 10:26 AM

**To:**   Pierre, Lionel;   Bey, John

I don't think I want Vaughn to have that.  Wordsmith a supply and demand?  We don't have the supply of staff so we are trying to reduce the demand on them?

**From:** Pierre, Lionel <lpierre@dauphincounty.gov>
**Sent:** Thursday, January 25, 2024 10:22 AM
**To:** Bey, John <jbey@dauphincounty.gov>; Briggs, Gregory <GBriggs@dauphincounty.gov>
**Subject:** RE: Federal contract question


Why did the number of federal inmates drop in December and January?
Has the county reduced the number of federal inmates it is willing to house at the jail? If so, why?
Or has the federal government not been sending as many inmates to DCP?

On November 13, 2023, the Prison requested that the number of Federal inmates temporarily be reduced to address special housing space that was needed. (The space was needed to address the smoking issue that was making staff and inmates sick. We were moving inmates around to try and identify the source of the contraband.) I haven't officially withdrawn the request.

An email exchange between Warden Gregory Briggs and Deputy Warden Lionel Pierre shows Briggs told Pierre to avoid telling PennLive that drugs were an issue inside the jail leading to a reduction in federal detainees. submitted

Advertisement

The official response provided to PennLive by the county made no mention of drug use for the reduction of federal detainees.

The federal government pays Dauphin County $105 per day per detainee. A reduction of 30 people, which is about what the county asked for, equates to about $95,000 less being paid to the county each month.

The blackout and detainee reduction doesn't appear to have stamped out drug use behind bars.

Drug use inside the jail remains rampant, according to incarcerated men and women and staff who spoke with PennLive.

On Dec. 19, an officer called 911 to report what was believed to be a drug overdose. During that call, the officer told dispatchers that it was believed the man had smoked K2, also known as spice or synthetic marijuana.

Advertisement

The officer told dispatchers, "they smoke on the block all day," according to 911 dispatch records obtained by PennLive.

It's unclear exactly how illegal drugs get into the prison, but Dauphin County does not allow any in-person contact visits with inmates. A clear glass wall separates incarcerated people from visitors, and they have to speak to each other on two-way telephones.

The county has paid telecommunications firm ViaPath roughly $50,000 a year since 2021 to process and scan mail so no physical mail enters the facility. Legal mail is sent to the jail but incarcerated people receive the mail, copy it and then shred the originals under the supervision of staff.

The mail policies were designed to cut down on drugs infiltrating the jail.

Advertisement

Around the same time, the county instituted a policy where staff are supposed to be required to place any items they are bringing into the jail in a clear bag. At the time, officials said they saw a "noticeable drop" in illegal substances making it behind the walls.

A review of 911 dispatch data by PennLive, however, found the number of calls for suspected overdoses has increased significantly since the mail policies were put into place. There were more than twice as many calls for suspected overdoses at the jail in 2022 and 2023 compared with the two years prior.

The jail does not track how often drugs are confiscated, and McNaughton did not respond to questions about how the jail was trying to reduce drugs from coming into the jail.

"It is common knowledge that the vast majority of drug contraband that enters jails and prisons is brought in by staff," Grote said. "If jail officials want to get serious about the harms of illicit drug use they will work with community groups to decarcerate the jail and invest in treatment facilities, housing and economic opportunities."

Advertisement

Decarceration is an effort to reduce the number of people incarcerated. Dauphin County, like many prisons, are populated disproportionately with people of color.

"The drug war has been used for far too long to provide a fig leaf for racist state violence," Grote said, "and its use in this instance is no different."

## Stories by **Joshua Vaughn**

**A remembrance of love and a call for justice for man who died at Dauphin County Prison**

**Family fears jail death won't be investigated fairly: 'He's not supposed to be dead'**

**Parents lead protests after death of 33-year-old in Dauphin County jail: 'What happened to my son?'**

Advertisement

If you purchase a product or register for an account through a link on our site, we may receive compensation. By using this site, you consent to our **User Agreement** and agree that your clicks, interactions, and personal information may be collected, recorded, and/or stored by us and social media and other third-party partners in accordance with our **Privacy Policy.**

Sponsor Content

### A New Reason to Smile: Dr. Irada Brings Expert Pediatric Dentistry to the East Shore

With the introduction of our newest pediatric dentist, Dr. Irada, Valley Pediatric Dentistry is set to provide...

Valley Pediatric Dentistry



# Around the Web

### Here's What A Walk-In Shower Should Cost

**West Shore Home Baths Quotes** | Sponsored

Learn More

### This New Device Is Leaving Neuropathy Experts Baffled

**Health Insight Journal** | Sponsored

Learn More

### Lowest Price Electric SUVs for Seniors (Must See)

**Popular Searches** | Sponsored

Learn More

### 2024's Top Family SUVs. 3 Rows Of Seating, Tons Of Tech & More (Compare Now)

**BestSearches** | Sponsored

Learn More

### "Never Going Back to Prime"—Why 20,000 Users Prefer This Shopping Secret

This simple trick can save tons of money on Amazon, but most Prime members are ignoring it.

Coupon Code Finder | Sponsored

## Roofers Tested 17 Gutter Guards… Here's What They Discovered

The Actual Cost of Gutter Guards in 2024 May Surprise You

**HomeBuddy** | Sponsored

Learn More

## 'Never Going Back to Prime'—Why 20,000 Users Prefer This Shopping Secret

This simple trick can save tons of money on Amazon, but most Prime members are ignoring it.

**Online Shopping Tools** | Sponsored

## Former first lady Melania Trump makes heartbreaking announcement on social media

PennLive.com

## 2 Pa. teens killed in car crash

PennLive.com

## William Unfaithful Allegations

**Trends Catchers** | Sponsored

## Diagnosed with Non-Hodgkin's Lymphoma or CLL after Spraying Roundup®?

Families affected may be entitled to compensation.

**Select Justice** | Sponsored

Learn More

**After 50 Years In Hollywood, He Lives In This Surprising Place Pennsylvania**

**Can't Stop The Movies** | Sponsored

**Snow coming to central Pa. this week. Here's how much, and when it is expected**

PennLive.com

**Pa. woman attacked by bear: police**

PennLive.com



▼ **About Us**

PA Media Group

The Patriot-News

Advertise with Us

Career Opportunities

PennLive

Contact Us

Send Us a News Tip

Community Rules

Accessibility Statement

▼ **Subscriptions**

PennLive

The Patriot-News

Newsletters

---

▼ **Already a Subscriber**

Manage your Subscription

Place a Vacation Hold

Make a Payment

Delivery Feedback

---

▼ **PennLive Sections**

Business

Obituaries

Jobs

Autos

Real Estate

Rentals

Classifieds

Home

News

Sports

PSU Football

High School Sports

Betting

Entertainment

Pa. Life & Culture

Pa. Food & Dining

Opinion

---

▼ **Mobile Apps**

iPhone, Android Apps

Tablet Apps

---

▼ **More on PennLive**

Weather

Archives

Post a Job

Post a Classified Ad

Sell your Car

Sell/Rent your Home

Sponsor Content

---

▼ **Follow Us**

Twitter

Facebook

Instagram

RSS

---

# ADVANCE LOCAL

Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement (updated 4/4/2023), Privacy Policy and Cookie Statement, and Your Privacy Choices and Rights (updated 12/31/2023).

**Cookies Settings**  

© 2024 Advance Local Media LLC. All rights reserved (About Us).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

Community Rules apply to all content you upload or otherwise submit to this site.

**YouTube's privacy policy** is available here and **YouTube's terms of service** is available here.

▶Ad Choices

## **CERTIFICATE OF SERVICE**

I, M. Jason Asbell, Esquire, do hereby certify that I served a copy of the

foregoing **Praecipe to Attach** via email to the following:

Stephen W. Dukes, Esquire
Assistant U.S. Attorney
Middle District of Pennsylvania
Suite 220
228 Walnut Street
PO Box 11754
Harrisburg, PA 17108-1754
*stephen.dukes@usdoj.gov*



GIBBEL KRAYBILL & HESS, LLP

Date: 4.11.24                        By:     __*/s/ Jason Asbell*_____
                                             Jason Asbell
                                             Atty. I.D. No. 304884
                                             2933 Lititz Pike
                                             PO Box 5349
                                             Lancaster, PA 17606
                                             (717) 291-1700